IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL PRIBBLE,

Plaintiff,

v.

VIKING MINING, LLC,

Defendant.

Case No. 18-cv-1530 JPG/RJD

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: July 8, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

                                 **s/Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**